1  BRODSKY MICKLOW BULL & WEISS LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull, III, State Bar No. 141996
   384 Embarcadero West, Suite 200
3  Oakland, California, 94607-3704
   Telephone:  (510) 268-6180
4  Facsimile:   (510) 268-6181

5  Attorneys for Plaintiff
   BRUCE McGREGOR
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRUCE A. McGREGOR              )  CASE NO. 3:08-CV-05001SC
                                    )
12 |            Plaintiff,          )  **SUBSTITUTION OF**
                                    )  **COUNSEL**
13 | vs.                            )
                                    )
14 | CROSS LINK INC. WESTAR MARINE  )
   | SERVICES, TAURUS MARINE INC. and )
15 | DOES 1 through 10, inclusive, *in personam,* )
   | and M/V RANGER, and her engines, tackle, )
16 | apparel, etc., *in rem*        )
                                    )
17 |            Defendants.         )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20 |_____    )

21       TO THE HONORABLE COURT:

22       PLEASE TAKE NOTICE that Plaintiff BRUCE McGREGOR hereby
   substitutes:
23
         BRODSKY MICKLOW BULL & WEISS LLP
24

25       384 Embarcadero West, Suite 200

26       Oakland, California 94607-3704

27       Telephone:  (510) 268-6180

         Facsimile:   (510) 268-6181,
28

---

as his attorneys of record herein in place and instead of:

BANNING MICKLOW & BULL LLP
(Now BANNING LLP)

384 Embarcadero West, Suite 200
Oakland, California 94607-3704
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

DATED: ~~October 3~~, 2009    By /s/ Bruce McGregor
       December                BRUCE McGREGOR

I consent to the above substitution.

BANNING LLP (formerly known as)
BANNING MICKLOW & BULL LLP

DATED: October 20, 2009    By /s/ William L. Banning

WILLIAM L. BANNING

Above substitution accepted.

DATED: October 12, 2009    BRODSKY MICKLOW BULL & WEISS LLP

IT IS SO ORDERED
/s/ Judge Samuel Conti

By /s/ Edward M. Bull III
EDWARD M. BULL III

SUBSTITUTION OF COUNSEL    2    CASE NO. 3:08-CV-05001SC