| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
|   | Courtney M. Crawford (SBN 242567) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | Cross Link, Inc., dba Westar Marine |
|   | Services, Taurus Marine Inc. and the |
| 7 | M/V RANGER, and her engines, tackle, |
|   | apparel, etc. *in rem* |
| 8 | |
| 9 | BRODSKY MICKLOW BULL & WEISS LLP |
| 10 | Kurt Micklow, (SBN 113974) |
|    | Edward M. Bull, II (SBN 141996) |
| 11 | 384 Embarcadero West., Suite 200 |
|    | Oakland, California, 94607-3704 |
| 12 | Telephone: (510) 268-6180 |
|    | Fax: (510) 268-6181 |
| 13 | |
|    | Attorneys for Plaintiff |
| 14 | BRUCE McGREGOR |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE A. McGREGOR, | ) | Case No.: CV-08-5001 SC |
|  | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE DATE FOR FILING AND SERVICE OF OPPOSITIONS TO MOTIONS IN LIMINE** |
|  | ) | |
| v. | ) | |
|  | ) | |
| CROSS LINK INC., dba WESTAR MARINE SERVICES, TAURUS MARINE INC. and DOES 1 through 10, inclusive, *in personam*, and M/V RANGER, and her engines, tackle, apparel, etc., *in rem,* | ) ) ) ) ) | |
|  | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff Bruce McGregor and Defendants CROSS LINK, INC., dba WESTAR MARINE SERVICES, TAURUS MARINE INC. and the M/V RANGER, and her engines, tackle, apparel, etc., and the parties respectfully request, that the present date for exchange of

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.McGregor

-1-    Case No.: CV-08-5001 SC
**STIPULATION TO CONTINUE DATE FOR FILING AND SERVICE OF OPPOSITIONS TO MOTIONS IN LIMINE**

1  oppositions to Motions in Limine be continued from Thursday, December 31, 2009 to
2  Tuesday, January 5, 2010.
3      WHEREAS the Pre-Trial Conference for this matter is scheduled for January 8,
4  2010.
5      WHEREAS on December 3, 2009 this Court filed an ORDER RE: JURY TRIAL
6  PREPARATION FOR JUDGE SAMUEL CONTI including the direction that "[m]otions in
7  limine are to be filed and served no later than ten (10) days prior to the pretrial conference,
8  oppositions are to be filed and served no later than five (5) days prior to the pretrial
9  conference." [Page 3, paragraph A.(9)]
10     WHEREAS the date ten days prior to the pre-trial conference is Tuesday, December
11 29, 2009.
12     WHEREAS the date five days prior to the pre-trial conference is Sunday, January 3,
13 2010.
14     WHEREAS Sunday, January 3, 2010 is a weekend day the date for filing and service
15 of oppositions to motions in limine reverts back to Friday, January 1, 2010.
16     WHEREAS Friday, January 1, 2010 is a Federal Holiday the date for filing and
17 service of oppositions to motions in limine reverts back to Thursday, December 31, 2009.
18     WHEREAS Thursday, December 31, 2009 is only forty-eight hours after ordered
19 filing and service of *initial* motions in limine.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.McGregor

-2-   Case No.: CV-08-5001 SC
**STIPULATION TO CONTINUE DATE FOR FILING AND SERVICE OF OPPOSITIONS TO MOTIONS IN LIMINE**

1  WHEREAS the parties respectfully submit that, it does not appear that it was the
2  intent of the Court to provide the parties with so little time between initial motions in limine
3  and oppositions, and given the expected time demands of completing oppositions to
4  motions in limine, it would serve the aim of this Court and the interest of justice to continue
5  the date for the filing and service of these oppositions to Tuesday, January 5, 2010.

6  Dated: December 18, 2009    COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
7  Attorneys for Cross Link, Inc., dba Westar Marine Services, Taurus Marine
8  Inc. and the M/V RANGER, and her engines, tackle, apparel, etc. *in rem*

11  _____/S/_____
    Courtney M. Crawford

13  Dated: December 18, 2009    BRODSKY MICKLOW BULL & WEISS LLP
14  Attorneys for Bruce McGregor

15  _____/S/_____
    Edward M. Bull, II

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

IMU.McGregor

-3-   Case No.: CV-08-5001 SC

**STIPULATION TO CONTINUE DATE FOR FILING AND SERVICE OF OPPOSITIONS TO MOTIONS IN LIMINE**