1

2

3

4

5

6

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7  BRUCE A. McGREGOR,                          )  No. C-08-5001 SC
                                              )
8            Plaintiff,                        )  ORDER REINSTATING
                                              )  TRIAL DATE
9       v.                                     )
                                              )
10 CROSS LINK INC., dba WESTAR MARINE          )
   SERVICES, TAURUS MARINE INC. and            )
11 DOES 1 through 10, inclusive, *in*          )
   *personam*, and M/V RANGER, and her         )
12 engines, tackle, apparel, etc., *in*        )
   *rem*,                                      )
13                                             )
             Defendants.                       )
14 _____ )

15        On June 3, 2010, the Court granted an ex parte application

16   requesting that no trial be held on July 2, 2010.  Docket No. 61.

17   Having reviewed the trial briefs, the witness lists, and other

18   pretrial submissions, the Court reinstates July 2, 2010 as a trial

19   date in this case.

20

21        IT IS SO ORDERED.

22

23        Dated: June 14, 2010

24                                        _____
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28